February 27, 1981.

433 A.2d 114

Campbell et al., Appellants, v. Gov. Employees
Insurance Co.

Argued June 11, 1980.  Joseph Mellace, for appellants;  David M. McCormick, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Orders affirmed.

433 A.2d 114

Commonwealth v. Fisher, Appellant.

Submitted June 13, 1980.  Nino V. Tinari, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.